**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown; YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>            Defendants. | 1:07-cv-1314 OWW DLB<br><br>ORDER TRANSFERRING CASE |

A Notice of Related Case was filed July 28, 2008, by Defendants in the above-entitled action.  Pursuant to Local Rule 83-123, the above-captioned case, *Medlock v. Taco Bell*, Case Number 1:07-cv-1314 OWW DLB, is related to case of *Hardiman v.*

1

*Taco Bell Corp. et al.*, Eastern District of California Case Number 1:08-cv-1081 OWW GSA.

IT IS ORDERED that the *Hardiman v. Taco Bell, et al.*, case be transferred from the docket of Magistrate Judge Gary S. Austin to the docket of Magistrate Judge Dennis L. Beck, as the *Medlock v. Taco Bell, et al.,* case is the lower numbered case, in order to avoid duplication of judicial effort.  The new case number for *Hardiman v. Taco Bell, et al.,* is now 1:08-cv-1081 OWW DLB.  This new case number should be typed on all future pleadings filed in the case.

IT IS SO ORDERED.

Dated:   July 31, 2008                          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE