[Counsel listed on following page.]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LISA HARDIMAN, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:08-cv-01081-OWW-GSA<br><br>Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT TACO BELL FOUNDATION, INC.**<br><br>[PROPOSED CLASS ACTION]<br><br>Complaint filed: April 11, 2008 |

INITIATIVE LEGAL GROUP LLP
Mark Yablonovich (SBN 186670)
myablonovich@initiativelegal.com
Marc Primo (SBN 216796)
mprimo@initiativelegal.com
Joseph Cho (SBN 198844)
josephcho@initiativelegal.com
Gregory Yu (SBN 230520)
gyu@initiativelegal.com
1800 Century Park East, 2nd Floor
Los Angeles, California  90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff
Lisa Hardiman

IRELL & MANELLA LLP
Layn R. Phillips (SBN 103854)
lphillips@irell.com
Andra Barmash Greene (SBN 123931)
agreene@irell.com
Kara McDonald (SBN 225540)
kmcdonald@irell.com
Justin E. Klaeb (SBN 254035)
jklaeb@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California  92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (SBN 90485)
shipp@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California  93704-2225
Telephone:  (559) 244-7500
Facsimile:   (559) 244-7525

Attorneys for Defendants
Taco Bell Corp., Taco Bell of America, Inc., and Taco Bell Foundation, Inc.

1893308         STIPULATION & [PROPOSED] ORDER TO DISMISS DEF. TACO BELL FOUNDATION, INC.

Pursuant to Rules 41(a)(1)(A)(ii) and 23(e) of the Federal Rules of Civil Procedure, Plaintiff Lisa Hardiman and Defendant Taco Bell Foundation, Inc., by and through their counsel, hereby stipulate to the dismissal of Taco Bell Foundation, Inc. from the above entitled action, without prejudice, each party to bear its own costs and expenses, including attorneys' fees.

Dated: August 4, 2008                    IRELL & MANELLA LLP


By:  ____/s/ Kara D. McDonald____
     Kara D. McDonald
     Attorneys for Defendants
     Taco Bell Corp., Taco Bell of America, Inc., and Taco Bell Foundation, Inc.


Dated: August 4, 2008                    INITIATIVE LEGAL GROUP LLP


By:  ____/s/ Gregory Yu____
     Joseph Cho
     Gregory Yu
     Attorneys for Plaintiff
     Lisa Hardiman

**IT IS SO ORDERED.**

DATED:  ___8/4/2008___                    /s/ OLIVER W. WANGER
                                          Hon. Oliver W. Wanger
                                          Judge, United States District Court